429 A.2d 68

Commonwealth v. Gee, Appellant.

Submitted December 6, 1979.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, J. concurred in the result.